**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

SOLO BRANDS, LLC d/b/a SOLO STOVE,

          Plaintiff,

        v.

CITY BONFIRES, LLC, et al.

          Defendants.

Civil Action No.: 8:24-cv-3413-LKG

## JOINT MOTION TO MODIFY AMENDED SCHEDULING ORDER

The Parties respectfully move the Court, pursuant to Federal Rule of Civil Procedure 16(b)(4), for an Order modifying the Amended Scheduling Order to facilitate settlement discussions.  In support of their Joint Motion, the Parties state as follows:

1.      On September 5, 2025, the Parties filed a joint motion to modify the amended scheduling order so that the parties can prepare for and participate in mediation. *See* ECF No. 39.

2.      On September 9, 2025, the Court granted the Parties' proposal to modify the Amended Scheduling Order. ECF No. 40.

3.      On October 30, 2025, the Parties held an in-person settlement conference before Magistrate Judge Gina L. Simms.

4.      On November 6, 2025, Magistrate Judge Gina L. Simms ordered the Parties to continue the settlement conference on November 13, 2025. ECF No. 44.

5.      Good cause exists for the requested modification of the Amended Scheduling Order. The Parties are actively engaged in preparing for the continuation of a mediation that may resolve the issues in dispute. Allowing additional time before discovery obligations resume will conserve judicial and party resources and promote efficiency.

1

6.    Accordingly, the Parties respectfully request the Court modify the Amended Scheduling Order as follows:

| Modified Date | Current Date | Event |
|---|---|---|
| January 9, 2026 | November 10, 2025 | Deadline for conference about discovery of electronically stored information |
| January 13, 2026 | November 14, 2025 | Deadline to file Stipulated Protective Order or move for entry of Protective Order |
| January 13, 2026 | November 14, 2025 | Plaintiff's service of Local Rule 804 Initial Disclosure of Infringement Contentions and accompanying document production |
| January 30, 2026 | December 1, 2025 | Deadline to move for joinder of additional parties and amendment of pleadings without leave of Court |
| February 10, 2026 | December 12, 2025 | Defendants' service of Local Rule 804 Initial Disclosure of Invalidity Contentions and accompanying document production |
| March 9, 2026 | January 9, 2026 | Plaintiffs' service of Local Rule 805.1.b Proposed Claim Construction Statement; (Initial Disclosure of Infringement Contentions will satisfy Local Rule 805.1.a) |
| March 23, 2026 | January 23, 2026 | Defendant's service of Local Rule 805.1.d) Responsive Claim Construction Statement; (Initial Disclosure of Invalidity Contentions will satisfy Local Rule 805.1.c) |
| April 3, 2026 | February 3, 2026 | Filing of Local Rule 805.1(f) Joint Claim Construction Statement |
| April 10, 2026 | February 10, 2026 | Filing of Local Rule 805.1(g) Opening Claim Construction Briefs |
| April 24, 2026 | February 24, 2026 | Filing of Local Rule 805.1(h) Responsive Claim Construction Briefs |
| TBD | TBD | Claim Construction Tutorial |
| May 11, 2026 or as soon thereafter as the Court is available | March 10, 2026 or as soon thereafter as the Court is available | Claim Construction Hearing |

| Modified Date | Current Date | Event |
|---|---|---|
| July 10, 2026 | May 6, 2026 | Completion of Fact Discovery (other than requests for admission for the purposes of establishing authenticity of documents or the fact that documents constitute business records) |
| July 17, 2026 | May 13, 2026 | Parties' Rule 26(a)(2) expert disclosures and reports |
| August 13, 2026 | June 12, 2026 | Rebuttal Rule 26(a)(2) expert disclosures |
| September 14, 2026 | July 14, 2026 | Completion of Expert Discovery; submission of Post-Discovery Joint Status Report |
| September 16, 2026 | July 16, 2026 | Service of requests for admission for the purpose of establishing the authenticity of documents or the fact that documents constitute business records |
| September 21, 2026 | July 21, 2026 | Notice of Intent to File a Pretrial Dispositive Motion, *see* Case Management Order Part II.A |
| September 24, 2026 | July 24, 2026 | Dispositive and *Daubert* motions |
| October 8, 2026 | August 7, 2026 | Opposition to dispositive and *Daubert* motions |
| November 10, 2026 | September 10, 2026 | Deadline to request second settlement conference with Magistrate Judge |
| TBD | TBD | Case Status Conference |

WHEREFORE, the Parties respectfully request that the Court modify the Amended

Scheduling Order deadlines as jointly requested by the Parties.

3

Dated: November 10, 2025     Respectfully submitted,

By: */s/ Ahmed J. Davis*      By: */s/ Michael J. Bradford*

Ahmed J. Davis         Gary C. Adler
Fed. Bar No. 17812        Bar No. 05159
adavis@fr.com         gadler@adlerlawpllc.com
FISH & RICHARDSON P.C     ADLER LAW, PLLC
1000 Maine Avenue SW      8280 Willow Oaks Corporate Drive,
Washington, D.C. 20024      Suite 600
Tel: (202) 783-5070       Fairfax, VA 22031
Fax: (202) 783-2331       Tel: (703) 956-3508

John S. Goetz         Michael J. Bradford
N.Y. Bar No. 4295366       mbradford@luedeka.com
goetz@fr.com         LUEDEKA NEELY, P.C.
Mohammad Reza Kameli      900 South Gay Street, Suite 1504
N.Y. Bar No. 6026231       Knoxville, TN 37901-1871
kameli@fr.com         Tel: 865-546-4305
FISH & RICHARDSON P.C     Fax: (865) 523-4478
7 Times Square, 20th Floor
New York, NY 10036       **COUNSEL FOR DEFENDANTS,**
Tel: (212) 765-5070       **CITY BONFIRES, LLC AND**
Fax: (212) 258-2291       **BACKHOME PRODUCTS, LLC**

Matthew A. Colvin
Texas Bar No. 24087331
colvin@fr.com
FISH & RICHARDSON P.C
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

**COUNSEL FOR PLAINTIFF,**
**SOLO BRANDS, LLC D/B/A SOLO**
**STOVE**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing document was filed electronically on

November 10, 2025 and was served via CM/ECF on all counsel of record.

           */s/ Ahmed J. Davis*
           Ahmed J. Davis

4